**Jimmy Earl MCARTHUR,
Plaintiff—Appellant,**

v.

**State of NORTH CAROLINA; Rick Jackson, Defendants—
Appellees.**

No. 06–6286.

United States Court of Appeals,
Fourth Circuit.

Submitted June 22, 2006.

Decided June 30, 2006.

Jimmy Earl McArthur, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Earl McArthur appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McArthur v. North Carolina,* No. 3:06–cv–00047 (W.D.N.C. Feb. 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*